BEFORE THE SECOND DIVISION, MAY 6, 1964

No. 68509.—G. Joannou Cycle Co., Inc., et al. *v.* United States, protests 59/10585, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the

subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.